259 F.2d 271
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 124, AFL-CIO.
 No. 16070.
 United States Court of Appeals Eighth Circuit.
 Sept. 2, 1958.
 
 On petition for enforcement of order of National Labor Relations Board.
 Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D.C., for petitioner.
 PER CURIAM.
 
 
 1
 Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.